# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re* Ex. Parte Application of<br><br>APPLE INC.; APPLE DISTRIBUTION INTERNATIONAL; AND APPLE RETAIL GERMAN B.V. & CO. KG<br><br>Applicants,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Gerald Padian for Use in Foreign Proceedings | Case No. 7:23-mc-00437 |

**NOTICE OF WITHDRAWAL AND (PROPOSED) ORDER**

1

Applicants Apple Inc., Apple Distribution International, and Apple Retail Germany B.V. Co. & KG (collectively, "Apple") hereby withdraw their *ex parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Gerald Padian for Use in Foreign Proceedings, and respectfully requests that the Clerk of Court be directed to close this case. Mr. Padian has been notified of Apple's proposed withdrawal.

DATED: November 21, 2023

WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/ *Nora Q.E. Passamaneck*
NORA Q.E. PASSAMANECK
(Registration No. 4262028)
1225 Seventeenth St., Suite 2600
Denver, CO. 80202
Tel: (720) 274-3135
Fax: (720) 274-3135
Nora.Passamaneck@wilmerhale.com

*Attorney for Applicants*
Apple Inc., Apple Distribution International, and Apple Retail Germany B.V. Co. & KG

SO ORDERED

United States District Judge
Date: 11/22/23

2